IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI-DADE DIVISION

IN RE:

SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC.,         Case No. 16-26187-RAM

Chapter 11

    Debtor.

_____/

RUBEN LAMOTHE, MIGUEL & ZULEMA FAVA, LOREMAR CORP.,

DAVID GEORG, IMPORTADORA INTERWHEELS SA,

JEAN FRANOIS FILION, RICHARD AND ALISA MONSEES, IVAN

MAHANA, ELSSITTA LLC, GERARD AND LAURA MAFALE,

NUMERO 991, LLC, RODRIGO & MARIA VELEZ FAMILY

TRUST, ANA NORDESTE BRAATHEN, CECILIA ZSILAVI AND

PABLO CARLOS MAYAUD-MAISONNEUVE, RALF BAUCHROWITZ

AND FRANK JORDON, MARIA T. VELEZ, PECCHO LLC,

INTERNATIONAL CONSULTING CORP. FLAVIA AND FRANKLIN CAMPERO,

ROMAN LUIS MALAGON, LYDIA APODACA, MARIA N. SCHOENTAG,

MIALIO LLC, VILLITA LLC, BOLCAR INTERNATIONAL, INC., BAMBAMIAMI INC., JOSE VALERA

AND ELYAM MUNOZ, PARIANO LLC, ELSA DEPABLOS BERMUDEZ,

DOMINIQUE SAUVETRE, VINTAGE CLASSICS LLC, VALENTIN INVESTMENT

LLC, HUGO PEDRIEL AND CAROLINE HOGNER,

NIKLAS ALBINSSON-COLLANDER, HENRY KWIATKOWSKI, LC GERACI LLC,

ALFER INVESTMENT CORP., ASPIRE HIGHER INC., BOSTON RV CORP.,

DAGRAJU LLC, ALEXANDRE LOMBARDO, LUIS ARMANDO LANCHEROS AND ROSELIA DE LAS M. VELASQUEZ.

    Plaintiffs,

v.  Case No. 17-01176-RAM

THE SCHECHER GROUP, INC., D/B/A S.G. SHARED COMPONENTS;

CONDOMINIUM HOTEL MANAGEMENT CORPORATION, INC..

RICHARD SCHECHER,

6060-OWNERS GROUP LLC

6060 CONDOMINIUM ASSOCIATION, INC,

MIRKO MORALES

CASA BLANCA RENTAL SERVICES, INC.

FLORIDA BUILDING SUPPLY, INC.

A-1 FIRE & SECURITY, LLC A/K/A MIRCOM ENGINEER SYSTEMS

_____/

## NOTICE OF VOLUNTARY DISMISSAL

COME NOW the above-referenced Plaintiffs [hereinafter collectively referred to as "Collective Unit Owners"] and notify the Court, the Defendants, and any interested parties of their voluntary dismissal of the above-referenced Adversary Proceeding in light of this Court's May 4, 2017, Report to State Court on Pending Matters and Collateral Estoppel Effect of Bankruptcy Court Ruling.

Respectfully submitted this 5th day of May, 2017.

**Florida Litigation Group, P.A.**
4839 Volunteer Road #514
Davie, FL  33330
Telephone: (954) 394-7461
*Counsel for the Unit Owners*

By: /s/ Inger Garcia, Esq.

Inger Garcia, Esq.

Florida Bar Number 0106917

ServiceEmail: Attorney@IngerGarcia.com

DAVID MARSHALL BROWN, P.A.

*Co-Counsel for Unit Owners*

413 S.W. 5th Street

Fort Lauderdale, Florida  33315

(954) 770-3729

DavidBrownFLL@gmail.com

By: /s    David Marshall Brown

David Marshall Brown, Esq.

Florida Bar No. 0995649